MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MILO STEWART CIAMPONI**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No.: 6:18-mj-00002-mjs |
| Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT; AND ORDER THEREON |
| vs. | Division: Eastern District, Fresno |
| | Magistrate: Hon. Michael J. Seng |
| MILO STEWART CIAMPONI, | Date: January 24, 2018 |
| Defendant. | Time: 9:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, U.S. Park Service Legal Officer, and Defendant MILO STEWART CIAMPONI by and through her attorney of record, Michael Mitchell, that the arraignment in the above-captioned matters set for January 24, 2018 at 9:00 a.m., be vacated, and the matter be set for arraignment on March 20, 2018 at 10 a.m. This request is made due to the fact that Mr. Mitchell has conflicting criminal matters scheduled in Madera Superior Court on January 24, 2018.

DATED: January 22, 2018         /S/ Michael E. Mitchell
                                Michael E. Mitchell Attorney for Defendant
                                MILO STEWART CIAMPONI

DATED: January 22, 2018         /s/ Susan St. Vincent
                                Susan St. Vincent, Acting Legal Officer
                                National Park Service

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that the January 24, 2018 arraignment for Defendant MILO STEWART CIAMPONI is continued to March 20, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 22, 2018  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE