MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MILO STEWART CIAMPONI**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No.: 6:18-mj-00002-mjs |
| Plaintiff, | STIPULATION APPEAR VIA RULE 43 WAIVER; AND ORDER THEREON |
| vs. | |
| | Division: Eastern District, Fresno |
| | Magistrate: Hon. Michael J. Seng |
| MILO STEWART CIAMPONI, | Date: March 20, 2018 |
| | Time: 10:00 a.m. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, MILO STEWART CIAMPONI by and through her attorney of record, Michael Mitchell, that Mr. Ciamponi may appear pursuant to F.R. Crim. P. 43(b)(2) for status conferences and motions through counsel. Mr. Ciamponi may appear via video conference for arraignment from the district court closest to his home in Santa Monica, California and must be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

DATED: January 31, 2018 /S/ Michael E. Mitchell
Michael E. Mitchell Attorney for Defendant
Milo Stewart Ciamponi

DATED: January 31, 2018 /s/ Susan St. Vincent
Susan St. Vincent, Acting Legal Officer
National Park Service

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant, Milo Stewart Ciamponi (Mr. Ciamponi) in case 6:18-mj-00002 MJS, may appear via video conference at a United States District Court near his home in Santa Monica, California for arraignment and his personal presence is waived for all status conferences and motions. Mr. Ciamponi is ordered to be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

IT IS SO ORDERED.

Dated:   February 1, 2018          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE