Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:18-MJ-0002-MJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| MILO STEWART CIAMPONI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Milo Ciamponi, by and through his attorney of record, Michael E. Mitchell, that the status conference in the above-captioned matter set for May 16, 2018 be continued to July 10, 2018 at 10:00 a.m. The defendant has requested additional discovery, and the Government needs additional time to obtain material from California Department of Justice Labs and gather additional video evidence and transmit those to defense counsel.

Dated: May 14, 2018 /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: May 14, 2018 /S/ Michael E. Mitchell
Michael E. Mitchell
Attorney for Defendant
Milo Ciamponi

1

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the May 16, 2018, status conference for Milo Ciamponi, Case 6:18-mj-0002-MJS, is continued to July 10, 2018, at 10:00 a.m.

Dated: May 14, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE