1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Docket Number: 6:18-MJ-0002-JDP

12          Plaintiff,

13                                     **MOTION TO VACATE REVIEW
                                       HEARING; AND ORDER THEREON**
14  MILO STEWART CIAMPONI,

15          Defendant.

16

17
         The United States, by and through its representative, Susan St. Vincent hereby moves the
18
    Court for an Order to Vacate the review hearing currently scheduled in this matter for June 12,
19
    2019. To date, Defendant has complied with all the terms of unsupervised probation as ordered by
20
    this Court on July 10, 2018. A final review hearing is scheduled for May 5, 2020.
21
                 .
22

23
         Dated: June 4, 2019                    /S/ Susan St. Vincent
24                                              Susan St. Vincent
                                                Legal Officer
25                                              Yosemite National Park

26

27

28
                                        1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for June 12, 2019 in the above referenced matter, *United States v. Ciamponi, 6:18-MJ-0002-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   June 5, 2019   

_____
UNITED STATES MAGISTRATE JUDGE